IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDDIE MONTOYA,

      Plaintiff,

  vs.

JAMES GOMEZ, et al.,

      Defendants.

CV F 00 5398  AWI  WMW  P

ORDER RE MOTIONS  (DOCS 37, 39)

On February 24, 2005, plaintiff filed a motion for leave to file an amended complaint and a motion for the appointment of counsel.   Plaintiff is advised that this action was dismissed on May 27, 2004.  Specifically, this action was dismissed for plaintiff's failure to prosecute.   The District Court adopted the findings and recommendations of the Magistrate Judge.  Both the findings and recommendations and the order dismissing this action were served upon plaintiff at his address of record.   Because this case has been dismissed, plaintiff's requests for leave to file an amended complaint and for the appointment of counsel are denied as moot.

IT IS SO ORDERED.

1

1    **Dated:    August 9, 2005**            **/s/  William M. Wunderlich**
     mmkd34                                 UNITED STATES MAGISTRATE JUDGE